**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: City of Chicago v. Ibekie, et al.    Case Number: 1:16-cv-04996

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, City of Chicago

Attorney name (type or print):  Cornel H. Kauffman

Firm:    City of Chicago Department of Law

Street address:    30 N. LaSalle St., Suite 1400

City/State/Zip:   Chicago, IL 60602

Bar ID Number: 6300161            Telephone Number:    312-742-0330
(See item 3 in instructions)

Email Address: cornel.kauffman@cityofchicago.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/28/2016

Attorney signature:    S/ Cornel Kauffman
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015